James T. Guglielmo
Guglielmo, Lopez, Tuttle
P.O. Drawer 1329
Opelousas LA 70571-1329

James Clarence Lopez
Guglielmo, Lopez & Tuttle
P. O. Drawer 1329
Opelousas LA 70571

Monique Marie Garsaud
Irwin, Fritchie, et al.
400 Poydras St., Suite 2700
New Orleans LA 70130

Thomas F. Campion
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park NJ 07932-1047

Michael E. Stamp
O'Melveny & Myers, LLP
1625 Eye St., N.W.
Washington DC 20006

James Burke Irwin, V
Irwin, Fritchie, et al.
400 Poydras St., Suite 2700
New Orleans LA 70130

David W. O'Quinn
Attorney at Law
400 Poydras Street, Suite 2700
New Orleans LA 70130

Douglas J Moore
Attorney at Law
400 Poydras Street, Ste 2700
New Orleans LA 70130

Brian C. Anderson
O'Melveny & Myers, LLP
1625 Eye St., N.W.
Washington DC 20006

Stephen D. Brody
Attorney at Law
1625 Eye Street, N.W.
Washington DC 20006

**REHEARING ACTION: October 17, 2012**

**Docket Number: 11   01185-CA consolidated with 1,184-CA**

**"BUDDY" CALDWELL, ATTORNEY GENERAL EX. REL. STATE OF LOUISIANA**
**VERSUS**
**JANSSEN PHARMACEUTICAL INC.**

**Appealed from St. Landry Parish Case No. 04-C-3977-D C/W 04-C-3967**

**BEFORE JUDGES:**

**Hon. J. David Painter**
**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Johnson & Johnson and Ortho-McNeil Janssen**

**Pharmaceuticals, Inc.** has this day been

     **DENIED**

cc: Jeffrey Michael Bassett, Counsel for the Appellee
    Kenneth Warren DeJean, Counsel for the Appellee
    Patrick Craig Morrow, Sr., Counsel for the Appellee
    James P. Ryan, Counsel for the Appellee
    Robert Lyle Salim, Counsel for the Appellee
    L. Christopher Styron, Counsel for the Appellee
    Michael W. Perrin, Counsel for the Appellee
    Kenneth T. Fibich, Counsel for the Appellee
    Robert Cowan, Counsel for the Appellee
    Fletcher V. Trammell, Counsel for the Appellee